**UNITED STATES DISTRICT COURT**      **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
ENTERED
JAN 17 2002
Michael N. Milby, Clerk of Court

| | |
|---|---|
| SEITEL, INC. § | |
|     Plantiff, § | |
| § | |
| vs. § | C. A. No. H 01-2417 |
| § | |
| § | |
| CHRISTOPHER TALBOT § | |
|     Defendant. § | |

<u>ORDER OF DISMISSAL ON STIPULATION BY PARTIES</u>

The Court is in receipt of a Stipulation of Dismissal submitted on January 3, 2002, in which the parties agree that the claims against the defendants should be dismissed. Accordingly, it is hereby

ORDERED that this case is DISMISSED, with each party to bear its own costs and legal fees.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on January 16, 2002.

_____
Kenneth M. Hoyt
United States District Judge

#54