IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

AUG 1 6 2006

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| SEITEL, INC.<br>　　Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | Civil Action No. H-01-CV-2417 |
| CHRISTOPHER TALBOT<br>　　Respondent | §<br>§ | |

### ORDER TO DISBURSE FUNDS

The Court having considered the Motion of Plaintiff, Seitel, Inc., to disburse funds being held in the above cause is of the opinion that such Motion should be granted, it is therefore,

ORDERED that all funds held in the Court Registry, including principal and all accrued interest, in connection with the above cause be disbursed to Plaintiff in care of Marcia H. Kendrick, Chief Accounting Officer, 10811 S. Westview Circle Drive, Houston, Texas 77043.

SIGNED at Houston, Texas this 16th day of August, 2006

_____
UNITED STATES DISTRICT JUDGE



(3)